IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN R. JOHNSON, DENNIS R. DIX, JR., AND JASPER R. BURR, JR.,

      Appellants,

v.

FARM CREDIT OF FLORIDA, ACA, FARM SUCCESSOR BY MERGER TO FARM CREDIT OF NORTH FLORIDA, ACA, AS AGENT NOMINEE FOR ITSELF AND ITS WHOLLY OWNED SUBSIDIARY FLORIDA FEDERAL LAND BANK ASSOCIATION, FLCA, AS SUCCESSOR BY MERGER TO FARM CREDIT OF NORTH FLORIDA, FLCA, AND STATE OF FLORIDA,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2305

_____/

Opinion filed December 8, 2014.

An appeal from the Circuit Court for Clay County.
Dan Wilensky, Judge.

Steven R. Johnson, pro se, Appellant.

Edward Cole and Allison L. McElhaney of Akerman LLP, Jacksonville, for Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.